Commonwealth v. B. F. W. Urban, late Clerk of Oyer
    and Terminer and Clerk of Quarter Sessions of Lan-
    caster, Appellant.

Argued May 31, 1897. Appeal, No. 2, May T., 1897, by
defendant, from judgment of C. P. Dauphin Co., Jan. T., 1895,
No. 494, on appeal from settlement of auditor general. Before
STERRETT, C. J., GREEN, WILLIAMS, MCCOLLUM, MITCHELL,
DEAN and FELL, JJ. Affirmed.

*H. M. North*, with him *J. Hay Brown*, and *J. W. Denlinger*, for
appellant.

*Hon. J. P. Elkin*, deputy attorney general, with him *Hon. H. C.
McCormick*, attorney general, for appellee.

OPINION BY MR. JUSTICE GREEN, October 11, 1897:

For the reasons stated in the opinion just filed in the case of
Commonwealth v. Fry, No. 1, May term, 1897, ante, p. 32, the
judgment in this case is affirmed.

Judgment affirmed and appeal dismissed at the cost of the
appellant.